# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT LITTLEFIELD, individually**                                           **PLAINTIFFS**
**and as parent of William Littlefield,**
**on behalf of self and all others similarly situated,** *et al.*

**v.**                              **4:08-CV-00201-WRW**

**KENNETH KIRSPEL, in his official**                                       **DEFENDANTS**
**capacity as the superintendent of the**
**North Little Rock School District,** *et al.*

## ORDER

Pending is Plaintiffs' Motion To Dismiss (Doc. No. 33). Defendants have not responded, and the time has passed for doing so.

Plaintiff William Littlefield has reached the age of majority.[1] Plaintiffs Robert and Deloris Littlefield ask the court to dismiss them from this lawsuit with prejudice, and to substitute William Littlefield as Plaintiff.[2] Plaintiffs' Motion is GRANTED.

IT IS SO ORDERED this 3rd day of November, 2008.

                                                        /s/ Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 33.

[2] *Id.*