IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


WILLIAM LITTLEFIELD                                                              PLAINTIFF


VS.                          CASE NO. 4:08CV000201 JMM


KENNETH A. KIRSPEL, IN HIS OFFICIAL
CAPACITY AS THE SUPERINTENDENT OF THE
NORTH LITTLE ROCK SCHOOL DISTRICT, ET AL              DEFENDANTS


**ORDER**

Plaintiff's Motion to Dismiss Action Without Prejudice is granted (#45). Plaintiff's complaint is dismissed without prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this __14__ day of October, 2009.


_____
James M. Moody
United States District Judge